**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROGER M LEVIN,

Plaintiff,

v.

UNUM LIFE INSURANCE, et al.

Defendants.

____________________________________/

No. C 09-02869 WDB

**ORDER DIRECTING THE CLERK OF THE COURT TO RANDOMLY REASSIGN THIS ACTION TO THE SAN JOSE DIVISION**

The above-captioned action was assigned randomly to the Undersigned. Upon review of Plaintiff's complaint and removal from the Superior Court of California, in and for the County of Santa Clara, the Undersigned has determined that the matter's appropriate intra-district venue is San Jose.

The Court now directs the Clerk of the Court to randomly reassign this matter to a judge in the San Jose Division.

Any deadlines previously set by the Court are hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 30, 2009

WAYNE D. BRAZIL
United States Magistrate Judge