**RIMAC MARTIN**
**a Professional Corporation**
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
amartin@rimacmartin.com
w_reilly@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**WEINBERG - HOFFMAN, LLP**.
JOSEPH HOFFMAN (State Bar No. 114020)
679 Bridgeway
Sausalito, CA 94965
Telephone: (415) 289-0243
Facsimile: (415) 289-0240
E-Mail: Hoffman@whcrlaw.com

Attorneys for Plaintiff
ROGER M. LEVIN

*E-FILED - 12/3/09*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### E-FILING

| | |
|---|---|
| ROGER M. LEVIN, | CASE NO. CV - 09-2869 RMW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE DECEMBER 4, 2009 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, | **ORDER** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the plaintiffs ROGER M. LEVIN and defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, through their respective counsel of record to continue the December 4, 2009 Case Management Conference to January 29, 2010.

/ / /

---

JOINT STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE     1     CASE NO. CV - 09-2869 RMW

GOOD CAUSE EXISTS for this brief continuance as plaintiff's Motion to Enforce the Contract Pursuant to CCP Section 664.6 will be heard on January 29, 2010.

SO STIPULATED.

Respectfully submitted,

RIMAC MARTIN, P.C.

DATED: November 24, 2009  By**:**   /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

WEINBERG-HOFFMAN, LLP

DATED: November 17, 2009  By**:**   /s/ **JOSEPH HOFFMAN**
JOSEPH HOFFMAN
Attorneys for Plaintiff
ROGER M. LEVIN

### ORDER

The parties having stipulated thereto, IT IS HEREBY ORDERED that the December 4, 2009 Case Management Conference will be continued to January 29, 2010.

**SO ORDERED.**

DATED: 12/3/09   By: *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge