| | |
|---|---|
| 1 | **RIMAC MARTIN**<br>**a Professional Corporation** |
| 2 | ANNA M. MARTIN - State Bar No. 154279<br>WILLIAM REILLY - State Bar No. 177550 |
| 3 | amartin@rimacmartin.com<br>w_reilly@rimacmartin.com |
| 4 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 5 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |
| 6 | |
| 7 | Attorneys for Defendant<br>UNUM LIFE INSURANCE COMPANY OF AMERICA |
| 8 | **WEINBERG - HOFFMAN, LLP**.<br>JOSEPH HOFFMAN (State Bar No. 114020) |
| 9 | 679 Bridgeway<br>Sausalito, CA 94965 |
| 10 | Telephone: (415) 289-0243<br>Facsimile: (415) 289-0240 |
| 11 | E-Mail: Hoffman@whcrlaw.com |
| 12 | Attorneys for Plaintiff<br>ROGER M. LEVIN |

*E-FILED - 12/3/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-FILING

| | | |
|---|---|---|
| 18 | ROGER M. LEVIN, | ) CASE NO. CV - 09-2869 RMW |
| 19 | Plaintiff, | ) **STIPULATION AND ORDER TO**<br>) **CONTINUE THE DECEMBER 4, 2009** |
| 20 | vs. | ) **CASE MANAGEMENT CONFERENCE**<br>) |
| 21 | UNUM LIFE INSURANCE COMPANY OF<br>AMERICA; and DOES 1 through 10, | ) **ORDER**<br>) |
| 22 | | ) |
| 23 | Defendants.<br>_____ | )<br>) |

24   IT IS HEREBY STIPULATED by and between the plaintiffs ROGER M. LEVIN and

25 defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, through their respective

26 counsel of record to continue the December 4, 2009 Case Management Conference to January

27 29, 2010.

28 / / /

---

**JOINT STIPULATION TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**          1          CASE NO.  CV - 09-2869 RMW

GOOD CAUSE EXISTS for this brief continuance as plaintiff's Motion to Enforce the Contract Pursuant to CCP Section 664.6 will be heard on January 29, 2010.

SO STIPULATED.

Respectfully submitted,

RIMAC MARTIN, P.C.

DATED: November 24, 2009  By**:**   /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

WEINBERG-HOFFMAN, LLP

DATED: November 17, 2009  By**:**   /s/ **JOSEPH HOFFMAN**
JOSEPH HOFFMAN
Attorneys for Plaintiff
ROGER M. LEVIN

**ORDER**

The parties having stipulated thereto, IT IS HEREBY ORDERED that the December 4, 2009 Case Management Conference will be continued to January 29, 2010.

**SO ORDERED.**

DATED:  12/3/09        By:   *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge