1  **RIMAC MARTIN**
   **a Professional Corporation**
2  ANNA M. MARTIN - State Bar No. 154279
   WILLIAM REILLY - State Bar No. 177550
3  amartin@rimacmartin.com
   w_reilly@rimacmartin.com
4  1051 Divisadero Street
   San Francisco, California 94115
5  Telephone (415) 561-8440
   Facsimile (415) 561-8430
6
7  Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY OF AMERICA

8  **WEINBERG - HOFFMAN, LLP**.
   JOSEPH HOFFMAN (State Bar No. 114020)
9  679 Bridgeway
   Sausalito, CA 94965
10 Telephone: (415) 289-0243
   Facsimile: (415) 289-0240
11 E-Mail: Hoffman@whcrlaw.com

12 Attorneys for Plaintiff
   ROGER M. LEVIN

*E-FILED - 1/26/10*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

# E-FILING

| | |
|---|---|
| ROGER M. LEVIN, | CASE NO. CV - 09-2869 RMW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE JANUARY 29, 2010 CASE MANAGEMENT CONFERENCE AND PLAINTIFF'S MOTION TO COMPEL CONTRACTUAL MEDIATION TO MARCH 5, 2010** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, | |
| Defendants. | **ORDER** |

IT IS HEREBY STIPULATED by and between the plaintiffs ROGER M. LEVIN and defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, through their respective counsel of record to continue the January 29, 2010 Case Management Conference and Plaintiff's Motion to Compel Contractual Mediation to March 5, 2010 at 9:00 a.m.

/ / /

---

JOINT STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE    1    CASE NO.  CV - 09-2869 RMW

GOOD CAUSE EXISTS for this brief continuance to ensure that the Case Management Conference and Plaintiff's Motion to Compel Contractual Mediation are heard on the same date..

SO STIPULATED.

Respectfully submitted,

RIMAC MARTIN, P.C.

DATED: December 30, 2009 By: /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

WEINBERG-HOFFMAN, LLP

DATED: December 30, 2009 By: /s/ **JOSEPH HOFFMAN**
JOSEPH HOFFMAN
Attorneys for Plaintiff
ROGER M. LEVIN

### ORDER

The parties having stipulated thereto, IT IS HEREBY ORDERED that the January 29, 2010 Case Management Conference and Plaintiff's Motion to Compel Contractual Mediation will be continued to xxxxxxxxxxxxxxxxxxxxxxxxx March 5, 2010 at 9:00 a.m.

**SO ORDERED.**

DATED: 1/26/10 By: *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge